ANNA G. ZANCA, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. VILLAGE OF RIDGEWOOD, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 73 *N. J. Super.* 23.

*Messrs. Major & Major* for the petitioners.

*Mr. Hubert J. Franklin* and *Messrs. Ryan, Saros, Davis & Conant* for the respondents.

June 11, 1962.

ALLSTATE INSURANCE COMPANY, PLAINTIFF-RESPONDENT, v. THE FIDELITY & CASUALTY COMPANY, DEFENDANT-PETITIONER.

See same case below: 73 *N. J. Super.* 407.

*Messrs. Ryan, Saros, Davis & Stone* for the petitioner.

*Messrs. Gaffey & Webb* and *Mr. Aaron Dines* for the respondent.